UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                      )           BK No.:    22-06234
Latoya Logan                                )
                                            )           Chapter: 13
                                            )           Honorable Jacqueline P Cox
                                            )
                                            )
          Debtor(s)                         )

## Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 33, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:        _Jacqueline P. Cox_
              _____

              Honorable Jacqueline Cox
              United States Bankruptcy Judge

Dated:  April 03, 2023